Young W. Choi, SBN 230645
State Compensation Insurance Fund
P.O. Box 28917
Fresno, CA 93729-8917
ywchoi@scif.com
(Tel.): (916) 924-5109
(Fax): (408) 882-2005

Attorneys for Movant
State Compensation Insurance Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ROJAS, as heir to and representative of the ESTATE OF MAURILLO ROJAS; JESSICA ROJAS, as surviving child of MAURILLO ROJAS; RICARD ROJAS, as surviving child of MAURILLO ROJAS; and OSVALDO ROJAS, surviving chilid of MAURILLO ROJAS,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HAMM; WIRGEN AMERICA, INC.; SUNBELT RENTALS, INC.; ESQUIVEL GRADING & PAVING, INC.; and DOES 1-100, and each of them,<br><br>　　　　　　　Defendants, | CASE NO.: **18-CV-01779-WHO**<br><br>**DECLARATION OF YOUNG W. CHOI, ESQ. IN SUPPORT OF STATE COMPENSATION INSURANCE FUND'S MOTION TO INTERVENE**<br><br>Date:  April 10, 2019<br>Time:  2:00 p.m.<br>Dept.: 2, 17th Floor<br>U.S. Dist. Northern Dist.<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

# **DECLARATION**

I, Young W. Choi, declare:

   1. I have personal knowledge of all facts set forth herein, except as to those matters

1

**DECLARATION OF YOUNG W. CHOI, ESQ.**　　　　　　　　**Case No. 18-CV-01779-WHO**

alleged herein upon information and belief and as to such matters I believe them to be true; if called upon, I could and would competently testify to all facts set forth herein to which I have personal knowledge.

2. I am informed and believes and thereon allege the following:

    (a) State Fund is a non-profit public entity fund of the State of California. It is the workers' compensation insurer for LC General Engineering & Construction, Inc. ("LC General").

    (b) The injury to Maurillo Rojas underlying this action occurred on January 28, 2016 and such injury, and his eventual death, arose out of and in the course of his employment with LC General.

    (c) The subject injury resulted in multiple state actions. This present action, a serious and willful petition against LC General in the Workers' Compensation Appeals Board, and criminal complaints against the president, foreman, and construction manager of LC General. All actions remain pending and unresolved.

    (d) This action was originally filed by plaintiffs Rosa Rojas, et al. in the Superior Court of California on December 12, 2017. On or around March 22, 2018, the action was removed to this court.  State Fund did not receive notice of the removal.

    (e) On December 05, 2018, merits discovery was stayed in this action. This court ordered a stay because of the ongoing criminal investigation. The court's order specifies that a number of fact witnesses were facing criminal indictment as a result of the underlying injury and their Fifth Amendment privileges might interfere with regular discovery.

3. On or around August 06, 2018, State Fund received a letter from defendant Wirtgen's counsel stating that if State Fund did not intervene, defendant would presume that State Fund had decided to waive its rights. On or around October 16, 2018, counsel for State Fund and Wirtgen discussed the matter. At that time, State

Fund notified counsel for Wirtgen that it was not waiving any rights and that it intended to intervene. During the conversation, counsel discussed the pending criminal action(s) and the likely delay that such would present for discovery in this proceeding.

4. After receiving the letter of August 06, 2018 from Wirtgen's counsel, State Fund began assessing intervention. State Fund did not seek immediate intervention as it wanted to conduct further investigation prior to seeking leave. However, like the parties in this action, State Fund's investigation stalled due in part to the pending criminal actions. Moreover, State Fund did not previously intervene given the anticipated delays in discovery due to the aforementioned criminal actions and the eventual stay of merits discovery in this case.

5. This declaration was executed on the date specified below and in Pleasanton, CA, USA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/6/2019          /s/ Young W. Choi
                         Young W. Choi