1  ELINOR LEARY, NO. 227232
   CLIFTON SMOOT, NO. 305728
2  THE VEEN FIRM, P.C.
   20 Haight Street
3  San Francisco, California 94102
   Telephone: (415) 673-4800
4  Facsimile: (415) 771-5845
   EL.Team@VeenFirm.com
5
   ATTORNEYS FOR PLAINTIFFS ROSA
6  ROJAS, as heir to and representative of the
   ESTATES OF MAURILLO ROJAS; JESSICA
7  ROJAS, as surviving child of MAURILLO
   ROJAS; RICARDO ROJAS, as surviving child of
8  MAURILLO ROJAS; OSVALDO ROJAS, as
   surviving child of MAURILLO ROJAS
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSA ROJAS, as heir to and representative of the ESTATES OF MAURILLO ROJAS; JESSICA ROJAS, as surviving child of MAURILLO ROJAS; RICARDO ROJAS, as surviving child of MAURILLO ROJAS; OSVALDO ROJAS, as surviving child of MAURILLO ROJAS,<br><br>       Plaintiffs,<br><br>   v.<br><br>HAMM; WIRTGEN AMERICA, INC.; SUNBELT RENTALS, INC.; and DOES 1-100, and each of them,<br><br>       Defendants. | CASE NO. 3:18-CV-01779-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION**<br><br>The Hon. William H. Orrick<br><br>Complaint filed: December 12, 2017<br>       [San Francisco Superior Court Case No. CGC-17-563035]<br>Trial Date:    February 14, 2022 |
|---|---|
| WIRTGEN AMERICA, INC.,<br><br>       Cross-Complainant,<br><br>   v.<br><br>SUNBELT RENTALS, INC., and ROES 1-50,<br><br>       Cross-Defendants. | |

27  //
28  //

-1-
Case No. 3:18-CV-01779-WHO
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,
2  through their respective counsel of record, as follows:
3      WHEREAS this civil action has settled in its entirety.
       WHEREAS the settlement has been memorialized on the record with Judge Orrick and
4  payment of settlement funds has been made.
5      WHEREFORE the parties, therefore, stipulate and request that this Court hereby dismisses
6  the entire action, with prejudice.
7      The parties attest that concurrence in the filing of this document has been obtained from
8  each of the other Signatories, which shall serve in lieu of their signatures on the document.
9      **IT IS SO STIPULATED.**
10
11  DATED: September 27, 2021        THE VEEN FIRM, P.C.
12
13                                   By: _____
14                                       Elinor Leary
                                         Clifton N. Smoot
15                                       Attorneys for PLAINTIFFS ROSA ROJAS, AS
                                         HEIR TO AND REPRESENTATIVE OF THE
16                                       ESTATES OF MAURILLO ROJAS; JESSICA
                                         ROJAS, AS SURVIVING CHILD OF
17                                       MAURILLO ROJAS; RICARDO ROJAS, AS
                                         SURVIVING CHILD OF MAURILLO ROJAS;
18                                       OSVALDO ROJAS, AS SURVIVING CHILD OF
                                         MAURILLO ROJAS
19
    Dated: September 27, 2021
20
                                         /s/ David Serrano_____
21                                       David Serrano
                                         Counsel for Defendant Sunbelt Rentals, Inc.
22  Dated: September 27, 2021
23
                                         /s/ Jeffrey Gunn_____
24                                       Jeffrey Gunn
                                         Counsel for Defendant Wirtgen America, Inc.
25  Dated: September 28, 2021
26
                                         /s/ Jennifer H. Rosairo_____
27                                       Jennifer H. Rosario
                                         Counsel for Intervenor State Compensation
                                         Insurance Fund
28

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

**ORDER**

The above STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISMISSAL OF ENTIRE ACTION is approved.

**IT IS SO ORDERED.**

Dated: October 5, 2021



WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE